IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                  **CASE NO. 4:23-CR-00025-BSM**

**JAMES JOHNSON**                                                     **DEFENDANT**

## **ORDER**

James Johnson's unopposed motion to proceed by bench trial [Doc. No. 43] is denied. *See* Fed. R. Crim. P. 23(a) (court must approve of jury trial waiver); *see also Patton v. United States*, 281 U.S. 276, 312–13 (1930), *abrogated on other grounds by*, *Williams v. Florida*, 399 U.S. 78 (1970) (waiver of jury trial by accused must not be put into effect at all events and trial court must exercise discretion to avoid unreasonable departures, with caution increasing with gravity of offense).

IT IS SO ORDERED this 7th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE