IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.            **CASE NO. 4:23-CR-00025-BSM**

**JAMES JOHNSON**            **DEFENDANT**

## ORDER

Consistent with the oral rulings from the bench, Sealed Motion No. 41 is granted and Sealed Motion No. 45 is denied.

IT IS SO ORDERED this 14th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE